# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02171-REB-SBP

JOHN DOE,

    Plaintiff,

v.

JUSTIN WILLIS, and
SUSANNE MARTINEZ,

    Defendants.

---

## ORDER SETTING CONSENT DEADLINE AND SCHEDULING CONFERENCE

---

    This matter is before this court sua sponte. The above-captioned case has been referred to Magistrate Judge Susan Prose pursuant to D.C.COLO.LCivR 40.1. If the parties have not done so already, they shall complete and file the Magistrate Judge Consent Form **on or before January 18, 2024**.

    The Fed. R. Civ. P. 16(b) Scheduling Conference shall be held **telephonically** on **February 1, 2024, at 10:30 a.m.,** in Courtroom C-205, on the second floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. The parties shall attend by calling 571-353-2301, Guest meeting ID- 868150043. All attendees shall please mute their phone when not speaking and not use speaker phone.

    Plaintiff shall notify all parties who have not yet entered an appearance of the date and time of the scheduling conference.

    If this date is not convenient, the parties shall confer and contact chambers by email to obtain an alternate date. All parties must be copied on the email if they agree to change the conference date; otherwise, any party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

    Counsel for the parties and any unrepresented non-prisoner parties in this case are to hold a meeting in accordance with Fed. R. Civ. P. 26(f) on or before **January 11, 2024** and jointly prepare a proposed Scheduling Order.

Pursuant to Fed. R. Civ. P. 26(d), only requests pursuant to Fed. R. Civ. P. 34 may be submitted before the Rule 26(f) meeting, unless otherwise ordered or directed by the Court. Pursuant to Fed. R. Civ. P. 34(b)(2)(A), responses to such discovery requests must be submitted no later than 30 days after the Rule 26(f) meeting, unless the parties stipulate or the Court orders otherwise.

The parties shall prepare the proposed Scheduling Order in accordance with the form that may be downloaded from the Forms section of the Court's website. See www.cod.uscourts.gov.

The parties shall file the proposed Scheduling Order with the Clerk's Office, and in accordance with District of Colorado Electronic Case Filing ("ECF") Procedures, **no later than five business days** prior to the scheduling conference. **The parties shall also email the proposed Scheduling Order in Word format** to Magistrate Judge Prose at **Prose_Chambers@cod.uscourts.gov**.

Parties not participating in ECF shall file their proposed Scheduling Order on paper with the Clerk's office. However, if any party in this case is participating in ECF, it is the responsibility of that party to file the proposed scheduling order pursuant to the District of Colorado ECF Procedures.

The parties shall adhere to the Sedona Principles regarding disputes relating to electronic discovery. See www.thesedonaconference.org.

The parties shall file a proposed Order under Fed. R. Evid. 502(d) on or before 14 days after the Scheduling Conference.

All discovery motions shall be made in compliance with Magistrate Judge Prose's discovery procedures. See www.cod.uscourts.gov.

Any out-of-state counsel shall comply with D.C.COLO.LAttyR 3 prior to the scheduling conference. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by the Court may result in the imposition of sanctions.

Anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a **valid photo identification.** See D.C.COLO.LCivR 83.2(b).

IT IS SO ORDERED.

DATED:  November 15, 2023

BY THE COURT:

_____
Susan Prose
United States Magistrate Judge