IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-2171-REB-SBP

**JOHN DOE**

    **Plaintiff,**

  v.

**JUSTIN WILLIS; and**
**SUSANNE MARTINEZ**

    **Defendants.**

---

**UNOPPOSED MOTION TO ENTER OF PROTECTIVE ORDER**

---

**Certificate of Compliance with D.C.COLO.LCivR. 7.1(a):** Undersigned counsel certifies that he has conferred with opposing counsel on this motion and states that all Parties agree with the entry of the proposed Protective Order filed with this Motion.

    Plaintiff John Doe, by and through his attorney, Brian A. Murphy, of the Murphy Law Firm, LLC, Moves the Court to a protective order, and in support states as follows:

1.     Rule 26(c) states in pertinent part: "Upon motion by a party or by the person from whom discovery is sought, . . . and for good cause shown, the court . . . may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."

1

2. The parties to this litigation agree that Plaintiff may have privacy rights in certain of his confidential information, and wish that such information be maintained in confidence, and only disclosed as permitted by the Protective Order requested herein, and only used for purposes permitted by the Protective Order.

3. In addition to the standard ability of the Parties to protect confidential information under the proposed Protective Order by designating materials as confidential, the Protective Order also protects the identity of Plaintiff.

4. Since Plaintiff has been granted permission to proceed under pseudonym and the identity of Plaintiff is protected by the applicable statutes, C.R.S. § 13-21-1405(1) and 15 USC § 6851, the Parties have agreed that all those who are allowed to view Confidential Documents shall not use the Plaintiff's name in any proceeding or disclose the Plaintiff's identity to others. In addition, the name of Plaintiff's workplace shall not be referred to by name or other identifiers which would make the company and/or the Plaintiff's identity readily discoverable.

5. Entry of the Protective Order requested herein will protect Plaintiff from annoyance, oppression, and other damages that Plaintiff might suffer if disclosure of such confidential information were unlimited. Further, it is in keeping with the privacy protections at the heart of C.R.S. § 13-21-1405(1) and 15 USC § 6851.

6. The Parties both approve of the language used in the proposed Order filed with this Motion.

WHEREFORE, Plaintiff hereby requests that this Court enter the form of Protective Order attached hereto.

Dated:    March 29, 2024

        _s/ Brian A. Murphy_____
Brian A. Murphy
The Murphy Law Firm, LLC
10436 Melody Dr., STE 323
Northglenn, CO 80234
Phone: 303-536-7000
Fax: 303-320-0827
brian@brianmurphy.net
Attorney for Plaintiff John Doe

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I served the foregoing on counsel for Defendants at the email addresses below through the CM/ECF system:

Attorneys for Defendants

Justin Willis and Susanne Martinez

Tyler S. Gurnee,
8301 E. Prentice Ave.
Suite 405
 Greenwood Village, CO 80111

        _s/ Brian A. Murphy_____
Brian A. Murphy

3