IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 23-cv-02171-REB-SBP

JOHN DOE,

    Plaintiff,

v.

JUSTIN WILLIS and
SUSANNE MARTINEZ,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulation for Dismissal With Prejudice** [#57][1], filed February 10, 2025. After reviewing the stipulation and the record, I conclude the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation for Dismissal With Prejudice** [#57] is approved;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That all deadlines and hearings, including the combined Final Pretrial and Trial Preparation Conference set April 24, 2025, and the five day jury trial set to commence May 12, 2025, are vacated; and

4. That this case is closed.

---

[1] "[#57]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated February 10, 2025, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge